# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **CITY OF DAYTON,** | ) | CASE NO. 3:17cv229 |
| | ) | |
| **Plaintiff,** | ) | **Judge Thomas M. Rose** |
| v. | ) | **Magistrate Michael R. Merz** |
| | ) | |
| **PURDUE PHARMA, L.P.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | **ORDER** |

Upon consideration, it is hereby

**ORDERED** that the Unopposed Motion of Defendant Allergan Finance LLC to Stay Date by Which to Respond to Plaintiff's Complaint is GRANTED; it is further

**ORDERED** that the date by which Defendant Allergan Finance LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. ("Allergan Finance") shall answer, move, plead, or otherwise respond to Plaintiff's Complaint is hereby stayed pending a final determination of removal; and it is further

**ORDERED** that Allergan Finance shall have sixty (60) days after the date of the final determination of removal by which to answer, move, plead, or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

ENTERED this 13th of October, 2017.

\*s/Thomas M. Rose
Thomas M. Rose
UNITED STATES DISTRICT JUDGE