THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CITY OF DAYTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PURDUE PHARMA L.P., *et al.*<br><br>　　　　Defendants. | Case No. 3:17-cv-00229-TMR<br><br>Hon. Thomas M. Rose<br><br>**ORDER GRANTING MANUFACTURER DEFENDANTS' UNOPPOSED JOINT MOTION TO STAY PROCEEDINGS PENDING ACTION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

　　　　For good cause shown, Manufacturer Defendants' Unopposed Joint Motion to Stay Proceedings Pending Action by the Judicial Panel on Multidistrict Litigation is **GRANTED**.  All proceedings in this matter are hereby stayed pending a final decision on the motion to transfer pending before the Judicial Panel on Multidistrict Litigation.

　　　　**IT IS SO ORDERED**.

ENTERED this 13th day of November, 2017

　　　　　　　　　　　　　　　　　　　　　　　　*s/Thomas M. Rose
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Thomas M. Rose
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE